UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLOVER, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, et al.,<br><br>         Defendants. | Case No.: 20-CV-567-LAB-WVG<br><br>**ORDER ON MOTION TO FILE DOCUMENTS UNDER SEAL** |

  On August 5, 2020, Defendants filed a Motion to File Documents under Seal ("Motion to Seal") (Doc. No. 24) in connection with their August 5, 2020 Motion to Dismiss for Lack of Jurisdiction ("Motion to Dismiss") (Doc. No. 26). Defendants move the Court for leave to file under seal the following four documents in support of their pending Motion to Dismiss: (1) 5th Amended &Restated Operating Agreement of Camp Pendleton & Quantico Housing ("CPQH"); (2) 5th Amended & Restated Ground Lease between United States Navy and CPQH (and certain exhibits thereto); (3) 5th Amended & Restated Property Management Agreement between CPQH and LPC (and certain exhibits/appendices thereto); and (4) 4th Amended & Restated Property Management Agreement between CPQH and LPC and the Third Amendment thereto (and certain exhibits/appendices thereto).

Defendants note the documents contain confidential and proprietary information that Defendants "can only submit under seal to protect certain proprietary business information, confidential financial discussions and information, and as the agreements involve, confidential terms with the United States Government and/or United States government-owned entities." (Doc. No. 24, 4:11-16.) Having reviewed and considered Defendants' representations and their pending Motion to Seal, the Court finds good cause exists for the noted documents to be filed under seal. Accordingly, the Court GRANTS Defendants' Motion to Seal in its entirety.

**IT IS SO ORDERED.**

Dated: August 10, 2020

Hon. William V. Gallo
United States Magistrate Judge