UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLOVER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING LLC, et al.<br><br>Defendants. | Case No.:   20cv567-LAB (WVG)<br><br>**ORDER DENYING AS MOOT JOINT MOTION TO STAY** |

On March 12, the Court denied Defendants' motion to dismiss, finding that, among other things, they were not entitled to immunity. The Court did not resolve the question of whether the immunity they asserted was jurisdictional. They filed a notice of appeal of that order, and the Ninth Circuit has set a briefing schedule. The parties have now filed a joint motion to stay the case, pending the outcome of *Childs v. San Diego Family Housing, LLC* (9th Circuit Case No. 20-56049), the outcome of which will likely be controlling in this case.

A valid notice of appeal divests the district court of jurisdiction over all but tangential matters. *Marks v. Clarke*, 102 F.3d 1012, 1017 n.8 (9th Cir. 1996). The denial of immunity is immediately appealable. *Mitchell v. Forsyth*, 472 U.S. 511, 529–30 (1985). Plaintiffs' joinder in the motion makes clear that they do not believe

the Court should certify it as frivolous and continue adjudicating the claims. *See Marks*, 102 F.3d at 1017 n.8 (holding that district court is not divested of jurisdiction where it certifies that interlocutory appeal is frivolous or forfeited). Because the issue of immunity is central to the case, and because immunity could deprive the Court of jurisdiction, the matters appealed pertain to the entire case. The Court therefore finds that the interlocutory appeal has divested it of jurisdiction to proceed, and that no stay is necessary.

The joint motion to stay pending resolution of the appeal is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: April 19, 2021

*[signature]*
Honorable Larry Alan Burns
United States District Judge