UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLOVER, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING LLC, et al.,<br><br>        Defendants. | Case No.: 20cv567-LAB (WVG)<br><br>**ORDER SETTING CHAMBERS CONFERENCE** |

  Before the Court is the Parties' *Ex Parte* Application for Leave to File Joint Motion for Reconsideration of Order Denying Joint Motion to Amend the Scheduling Order. (Dkt. 64). The Court **ORDERS** counsel for the Parties to appear in person at a chambers conference on **November 14, 2022**, at **11:00 a.m.**, before The Honorable Larry A. Burns in Suite 1410 of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

  **IT IS SO ORDERED**.

Dated: November 8, 2022

             *Larry A. Burns*
             Hon. Larry Alan Burns
             United States District Judge