UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLOVER, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, et al.,<br><br>                             Defendants. | Case No.: 20-CV-567-LAB-WVG<br><br>**ORDER FOLLOWING VIDEO DISCOVERY CONFERENCE** |

On November 28, 2022, this Court convened a Video Discovery Conference after the Parties jointly raised a discovery dispute pursuant to Rule IV of this Court's Civil Chambers Rules. Christian Clark and Lenden Webb appeared for Plaintiffs. Timothy Hanna appeared for Defendant. The Parties' dispute arises from Plaintiffs' request to conduct a site inspection of the property at issue in this case for both fact-gathering and expert discovery purposes. Defendant opposes Plaintiffs' request largely on privacy grounds on behalf of the non-party tenants who currently occupy the property. Having heard the Parties' respective positions, the Court finds Plaintiffs have failed to comply with Rule 45 of the Federal Rules of Civil Procedure.

///

///

Accordingly, should Plaintiffs still desire to conduct the site inspection in the time remaining in fact discovery, they shall serve a subpoena pursuant to Rule 45 onto the current, non-party tenants occupying the property in dispute and allow the tenants sufficient time to assert any objections to Plaintiffs' request for a site inspection. Should the tenants object to Plaintiffs' request, the Parties shall expeditiously and jointly notify this Court's Chambers, given the approaching amended fact discovery cut-off of January 9, 2023. (Doc. No. 68.)

The Court also reviewed with counsel Defendant's *Touhy* letter to the United States Navy dated November 14, 2022. Plaintiffs expressed no opposition to Defendant's desire to take the depositions of the three doctors who provided treatment to Plaintiff Jacob Clover at Camp Pendleton Naval Hospital. However, the Court found the November 14, 2022, *Touhy* letter to be confusing and, because it unnecessarily requests medical records Defendant admitted it already possessed, the *Touhy* letter, as drafted, potentially created needless delay in the Navy's processing of the request, delay Defendant can ill-afford to incur. Accordingly, Defendant will amend its *Touhy* letter and resubmit it to the United States Navy.

Finally, in light of the November 28, 2022 Discovery Conference, the Court finds the need for the discovery conference set for Wednesday, November 30, 2022, at 9:00 a.m. has been obviated. Accordingly, the Court VACATES the November 30, 2022, discovery conference.

**IT IS SO ORDERED.**

Dated: November 29, 2022

Hon. William V. Gallo
United States Magistrate Judge