UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLOVER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20cv567-LAB(WVG)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE PETITION FOR APPROVAL OF MINOR'S COMPROMISE AND JOINT MOTION TO DISMISS** |

The Court held a Settlement Conference on March 13, 2023. (ECF No. 147.) The parties settled the case and placed the terms of the settlement on the record. The Court held a subsequent Telephonic Status Conference with counsel on March 15, 2023. (ECF No. 150.) After consulting with the chambers of the Honorable District Judge Larry A. Burns, the Court issues the following **ORDERS**:

1. Plaintiffs are ordered to file their petition for approval of minor's compromise **no later than March 22, 2023**.
2. The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, **no later than March 22, 2023**. A proposed order granting the joint motion must be e-mailed to the assigned

district judge's chambers[1] on the same day.

3. A consent form has been provided to counsel. If the parties wish to consent to continuing magistrate judge jurisdiction over the settlement, the signed consent form must be emailed to the assigned district judge's chambers **no later than March 22, 2023**.

4. **If the fully executed joint motion to dismiss is not filed by March 22, 2023, then all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference ("SDC"). The SDC will be held on **May 11, 2023** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their joint motion to dismiss on or before March 22, 2023, the SDC will be **VACATED without further court order**.

5. If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: March 15, 2023

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.